UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   LETICIA MARTINEZ                              Case No.: 08-04658

         Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/28/2008.

2) This case was confirmed on 05/07/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/30/2012.

5) The case was converted on 10/11/2012.

6) Number of months from filing to the last payment: 53

7) Number of months case was pending: 56

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $     6,650.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 19,500.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 19,500.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,314.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,156.34 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,470.34 |
| Attorney fees paid and disclosed by debtor | $ 186.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DISCOVER FINANCIAL S | UNSECURED | 2,629.00 | 2,629.10 | 2,629.10 | 1,629.94 | .00 |
| AMERICAN EXPRESS CEN | UNSECURED | 992.00 | 1,053.88 | 1,053.88 | 653.30 | .00 |
| YELLOWBOOK | UNSECURED | 853.87 | NA | NA | .00 | .00 |
| BAKER MILLER MARKOFF | UNSECURED | 747.23 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,479.00 | 3,479.27 | 3,479.27 | 2,157.01 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,055.00 | 3,055.36 | 3,055.36 | 1,894.20 | .00 |
| LVNV FUNDING | UNSECURED | 8,929.00 | 8,929.48 | 8,929.48 | 5,535.92 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,050.00 | 3,050.13 | 3,050.13 | 1,890.96 | .00 |
| ALLSTATE INSURANCE C | UNSECURED | 57.64 | NA | NA | .00 | .00 |
| PROGRESSIVE | UNSECURED | 78.30 | NA | NA | .00 | .00 |
| NUESTRA CASA INTL | UNSECURED | 675.00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 19,292.00 | 23,805.00 | .00 | .00 | .00 |
| SALLIE MAE LOAN SERV | UNSECURED | 2,214.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE LOAN SERV | UNSECURED | 1,556.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE LOAN SERV | UNSECURED | 848.00 | .00 | .00 | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 1,990.00 | 1,990.08 | 1,990.08 | 1,233.77 | .00 |
| BERTA | OTHER | NA | NA | NA | .00 | .00 |
| CARMEN MARTINEZ | OTHER | NA | NA | NA | .00 | .00 |
| JOSE | OTHER | NA | NA | NA | .00 | .00 |
| RIGOBERTO SANTIAGO | OTHER | NA | NA | NA | .00 | .00 |
| YVETTE MARTINEZ | OTHER | NA | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | 125,600.00 | .00 | .00 | .00 | .00 |
| LITTON LOAN SERVICIN | SECURED | 245,000.00 | 350,710.44 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
==================================================================================
 Scheduled Creditors:

 Creditor                         Claim         Claim         Claim        Principal        Int.
   Name              Class      Scheduled     Asserted      Allowed          Paid          Paid

 LITTON LOAN SERVICIN  UNSECURED  103,500.00          NA           NA            .00          .00
 DYCK O NEAL INC       SECURED     21,432.00         .00          .00            .00          .00
 DYCK O NEAL INC       UNSECURED   21,432.00         .00    23,832.38          34.56          .00
 MID AMERICA FEDERAL   SECURED    232,000.00         .00          .00            .00          .00
 NATIONAL CITY BANK    SECURED     51,157.00         .00          .00            .00          .00
 NATIONAL CITY BANK    SECURED     40,170.00         .00          .00            .00          .00
 CITY OF CHICAGO WATE  UNSECURED      600.00          NA           NA            .00          .00
 LITTON LOAN SERVICIN  SECURED           NA    33,525.26          .00            .00          .00
 NATIONAL CITY MORTGA  SECURED           NA   226,779.05          .00            .00          .00
 NATIONAL CITY MORTGA  SECURED           NA     1,027.09          .00            .00          .00
==================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 48,019.68 | 15,029.66 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,470.34 |
| Disbursements to Creditors | $ | 15,029.66 |
| **TOTAL DISBURSEMENTS:** | $ | 19,500.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   11/01/2012                              /s/ Tom Vaughn
                                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**